**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF THE IBEW LOCAL 400 WELFARE, PENSION, ANNUITY, SUPPLEMENTAL, AND JOINT APPRENTICESHIP TRAINING FUNDS,<br><br>Plaintiffs,<br><br>v.<br><br>MERCHANT ELECTRICAL & LIGHTING,<br><br>Defendant. | Civil Action No. 2:16-cv-04571 (JLL)(JAD)<br><br>**ORDER FOR ENTRY OF DEFAULT JUDGMENT** |

**LINARES**, District Judge.

This matter comes before the Court by way of Plaintiffs' Trustees of the IBEW Local 400 Welfare, Pension, Annuity, Supplemental, and Joint Apprenticeship Training Funds ("Plaintiffs") request for Default Judgment against Defendant Merchant Electrical & Lighting ("Defendant"). Plaintiffs' request for Default Judgment is unopposed. Upon consideration of Plaintiffs' Complaint and Motion for Default Judgment,

**IT IS ON** this ___17th___ day of November 2016, hereby

**ORDERED** that JUDGMENT be entered IN FAVOR of Plaintiffs and AGAINST Defendant;

**ORDERED** that within ___14___ days of the date of issuance of this Order, Defendant submit to a payroll audit by producing all necessary payroll information to the Plaintiffs;

1

**ORDERED** that upon completion of the audit, Plaintiffs advise Defendant of the amount found to be due and owing, including contributions as well as interest and liquidated damages pursuant to 29 U.S.C. § 1132 (g);

**ORDERED** that within ten (10) days of receiving the results of the audit, Defendant Merchant Electrical & Lighting shall remit to Plaintiffs all amounts due and owing to Plaintiffs; and it is further

**ORDERED** that should Defendant fail to remit the payment due pursuant to the payroll audit, Plaintiffs shall submit a petition to this Court for Judgment to be entered against Defendant for all contributions, interest, and liquidated damages then due and owing, together with an application for fees and costs.

**IT IS SO ORDERED.**

JOSE L. LINARES
UNITED STATES DISTRICT JUDGE